

**NUMBER 13-12-00544-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CHICORY COURT ALTA VISTA,
L. P., ET AL.,                                                          Appellants,

v.

ODYSSEY RESIDENTIAL
CONSTRUCTION GP II, LLC,
ET AL.,                                                                Appellees.

---

### On appeal from the 24th District Court
### of Victoria County, Texas.

---

# ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

This appeal was abated by this Court on September 21, 2012, and remanded to

the trial court for further proceedings in accordance with Texas Rule of Civil Procedure

306a. *See* TEX. R. CIV. P. 306a(4),(5). On December 17, 2012, the appellants advised this Court that the parties were working to finalize a settlement agreement. On November 6, 2013, this Court granted the parties' joint motion to continue the abatement until after mediation on November 14, 2013. Since then there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
11th day of March, 2014.